**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6672**

---

JAMES NELSON,

Plaintiff - Appellant,

versus

PHYLLISS HOPKINS, Deputy Warden of Operations,

Defendant - Appellee.

---

**No. 95-7611**

---

JAMES NELSON,

Plaintiff - Appellant,

versus

PHYLLISS HOPKINS, Deputy Warden of Operations,

Defendant - Appellee.

---

Appeals from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CA-94-2217-2-18-AJ)

---

Submitted: November 28, 1995     Decided: February 13, 1996

---

---

Before HALL, MURNAGHAN, and WILKINS, Circuit Judges.

---

No. 95-6672 dismissed and No. 95-7611 affirmed by unpublished per curiam opinion.

---

James Nelson, Appellant Pro Se.  Sandra J. Senn, STUCKEY & KOBROVSKY, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his motion to amend his complaint. We dismiss as interlocutory Appellant's first appeal of the district court's denial of his motion to amend his complaint. (No. 95-6672). In Appellant's second appeal (No. 95-7611), we have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nelson v. Hopkins</u>, No. CA-94-2217-2-18-AJ (D.S.C. Mar. 28, 1995; Sept. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 95-6672 - <u>DISMISSED</u>

No. 95-7611 - <u>AFFIRMED</u>

3